112 F.3d 1040
 Susan WICKLUND, M.D.; James H. Armstrong, M.D.; Lindsay
Richards, M.D.; Susan Cahill, P.A.; Douglas Webber, M.D.;
Beth E. Thompson, M.D.; Mary Stranahan, D.O.; and Mark
Miles, M.D., on behalf of themselves and their patients
throughout Montana and surrounding states and Canada,
Plaintiffs-Appellees,
v.
Martin D. LAMBERT, in his official capacity as Gallatin
County Attorney,* Defendant-Appellant.
 No. 95-36028.
 United States Court of Appeals,
Ninth Circuit.
 May 2, 1997.
 
 On Remand From the United States Supreme Court. D.C. No. CV-93-00092-JFB.
 Before THOMAS M. REAVLEY,** REINHARDT, and WIGGINS, Circuit Judges.
 
 
 1
 This case is remanded to the district court for further proceedings in light of Lambert v. Wicklund, --- U.S. ----, 117 S.Ct. 1169, 137 L.Ed.2d 464 (1997). The district court shall consider in particular those contentions raised by plaintiffs that were not addressed by the Supreme Court.
 
 
 
 *
 Pursuant to Federal Rule of Appellate Procedure 43(c), Martin D. Lambert is substituted as defendant-appellant in place of his predecessor in office, Michael Salvagni
 
 
 **
 The Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, Sitting by designation